| | |
|---|---|
| 1 | Michael W. Graf (CA Bar # 136172) |
| 2 | Law Offices |
|   | 227 Behrens Street |
| 3 | El Cerrito CA 94530 |
|   | Telephone: (510) 525-7222 |
| 4 | Facsimile: (510) 525-1208 |
| 5 | |
| 6 | Brian Litmans (AK Bar # 0111068) |
|   | 7107 Holly Ave |
| 7 | Takoma Park, MD 20912 |
|   | Telephone: (301) 587-2619 |
| 8 | Facsimile: (301) 587-2619 |
|   | *Pro Hac Vice* |
| 9 | Attorneys for Plaintiffs |

**E-filed 9/22/05**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **Center for Biological Diversity,** and **California Native Plant Society,** non-profit organizations, | ) Case No 5:04-cv-4736-JF ) ) |
| Plaintiffs, | ) **ORDER ON MOTION FOR** ) **ORDER SHORTENING TIME** |
| v. | ) |
| **Bureau of Land Management**, and **Mike Pool**, State Director of the Bureau of Land Management for California, | ) ) ) ) |
| Defendants. | ) ) / |

Based on Plaintiffs' Motion for an Order Shortening Time, and good cause shown, it is ORDERED that pursuant to Local Rule 6.3, Plaintiffs' motion is granted.

IT IS SO ORDERED.

1. The hearing on Plaintiffs' Motion for Leave to File a Supplemental Complaint shall be heard on October 3, 2005, at the same time as the currently scheduled hearing on Plaintiffs' and Defendants' cross-motions for summary judgment.

2. Defendants may submit an Opposition Brief to Plaintiffs' Motion for Leave by September 23, 2005.

3. Plaintiffs may file a Reply Brief on or about September 28, 2005.

DATED this _22 day of September, 2005.

/s/electronic signature authorized
HONORABLE JEREMY FOGEL

i