*E-FILED 10/14/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 04-04736 JF (RS)<br><br>ORDER SETTING<br>MEDIATION CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　Pursuant to the Order of the Honorable Jeremy Fogel dated October 14, 2005, a mediation conference shall be held before the undersigned on **October 18, 2005 at 9:30 a.m.**, in Courtroom 4, 5th Floor, Federal Building, 280 S. First Street, San Jose, California.

　　IT IS SO ORDERED.

DATED:　　October 14, 2005

　　　　　　　　　　　　　　　　　　　　/s/ Richard Seeborg
　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER SETTING MEDIATION CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Michael W. Graf
Email: mwgraf@aol.com

**Counsel for Defendant(s)**

Michael Richard Eitel
Email: michael.eitel@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 14, 2005

                                              /s/ BAK
                                        Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING MEDIATION CONFERENCE      2

United States District Court
For the Northern District of California