**E-Filed 11/23/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　　Defendants. | Case Number C 04-4736 JF<br><br>ORDER[1] DENYING PLAINTIFFS' REQUEST FOR CLARIFICATION OF COURT'S OCTOBER 28, 2005 ORDER<br><br>[Docket No. 113] |

　　　　On November 15, 2005, Plaintiffs Center for Biological Diversity and California Native Plant Society filed an administrative request for clarification of the Court's interim order dated October 28, 2005, pursuant to Civil Local Rule 7-11. Defendants oppose Plaintiffs' request on the ground that it is not in fact an administrative request, but rather a motion for substantive relief. The Court agrees with Defendants that Plaintiffs seek substantive relief. Accordingly, the Court will deny Plaintiffs' request without prejudice to a properly noticed motion to enforce

---

　　　　[1] This disposition is not designated for publication and may not be cited.

1   compliance with the Court's interim order dated October 28, 2005.
2       IT IS SO ORDERED.
3
4
5   DATED: November 23, 2005
6
7
8                                   /s/ electronic signature authorized
                                    JEREMY FOGEL
9                                   United States District Judge

1  This Order has been served upon the following persons:
2  Michael Richard Eitel        michael.eitel@usdoj.gov, wanda.davis@usdoj.gov
3  Michael W. Graf              mwgraf@aol.com,
4  Brian Litmans                litmans@worldnet.att.net
5  Paul Andrew Turcke           pat@msbtlaw.com

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 04-4736 JF
ORDER DENYING PLAINTIFFS' REQUEST FOR CLARIFICATION OF COURT'S OCTOBER 28, 2005 ORDER
(JFLC1)