**E-Filed 12/2/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case Number C 04-4736 JF |
| Plaintiffs, | ORDER[1] DENYING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME |
| v. | |
| BUREAU OF LAND MANAGEMENT, et al., | [Docket No. 119] |
| Defendants. | |

On November 28, 2005, Plaintiffs Center for Biological Diversity and California Native Plant Society filed a motion to enforce this Court's order of October 28, 2005 and a motion for an order shortening time. Defendants filed opposition to the motion for an order shortening time. The Court will DENY Plaintiffs' motion for an order shortening time.

The motion to enforce the order of October 28, 2005 is set for hearing at 9:00 a.m. on January 6, 2006. Parties shall submit briefing in accordance with the Court's local rules.

IT IS SO ORDERED.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 04-4736 JF
ORDER DENYING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME
(JFLC1)

1  DATED: December 2, 2005

2

3

4                                              /s/ electronic signature authorized
                                               JEREMY FOGEL
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 04-4736 JF
ORDER DENYING PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME
(JFLC1)

1  This Order has been served upon the following persons:
2  Michael Richard Eitel          michael.eitel@usdoj.gov, wanda.davis@usdoj.gov
3  Michael W. Graf                mwgraf@aol.com,
4  Brian Litmans                  litmans@worldnet.att.net
5  Paul Andrew Turcke             pat@msbtlaw.com