Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito CA 94530
Telephone: (510) 525-7222
Facsimile: (510) 525-1208

Brian Litmans (AK Bar # 0111068)
3024 SE 26th Ave.
Portland, OR 97202
Telephone: (503) 927-5288
*Pro Hac Vice*

*Attorneys for Plaintiffs*
*(additional attorneys listed on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br><br> and <br><br> SALINAS RAMBLERS MOTORCYCLE CLUB, et al., <br><br> Defendant-Intervenors | Case No: 5:04-cv-4736-JF <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIV. L.R. 6-2** |

1  SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
2  United States Department of Justice
   Environment and Natural Resources Division
3  JEAN E. WILLIAMS, Chief
   LISA L. RUSSELL, Assistant Chief
4  MICHAEL R. EITEL (SBN 22889 (NE))
   Wildlife and Marine Resources Section
5  Benjamin Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
6  Telephone: (202) 305-0339
   Facsimile: (202) 305-0275
7
   KEVIN V. RYAN (SBN 118321 (CA))
8  United States Attorney
   Northern District of California
9  JAMES CODA (SBN 1012669 (WI))
   Assistant United States Attorney
10
   *Attorneys for Federal Defendants*

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs, Center for Biological Diversity, et al., and Federal Defendants, Bureau of Land Management, et al., respectfully request that this Court alter Plaintiffs' deadline for filing an attorneys' fees motion, from September 8, 2006, to October 13, 2006.

On August 31, 2006, the Court issued an Order granting Plaintiffs' request for an extension for an enlargement of time to file a motion for attorneys fees and set a deadline of September 8, 2006, for Plaintiffs' to file a motion for attorneys' fees. See Order (Dkt. #148). In light of the strong public policy in encouraging settlement of attorneys' fees, see Hensley v. Eckerhart, 461 U.S. 424, 437 (1983) ("Ideally, of course, litigants will settle the amount of a fee."); Gisbrecht v. Barnhart, 535 U.S. 789, 801-02 (2002) (same); McDermott, Inc. v. AmClyde, 511 U.S. 202, 215 (1994) ("public policy wisely encourages settlement"), Plaintiffs and Defendants have conferred and agreed to enter into settlement discussions over Plaintiffs' entitlement to and amount of any attorneys' fees award in this case. Accordingly, in order to afford the Parties an opportunity to engage in meaningful settlement discussions, the Parties respectfully request that the Court alter the deadline established in its August 31, 2006, Order, from September 8, 2006 until October 13, 2006.

Dated: September 1, 2006        Respectfully Submitted,

/s/   Brian Litmans
Brian Litmans (AK Bar # 0111068)
3024 SE 26th Ave.
Portland, OR 97202
Telephone: (503) 927-5288
*Pro Hac Vice*

Michael W. Graf (CA Bar # 136172)
Law Offices
227 Behrens Street
El Cerrito CA 94530
Telephone:  (510) 525-7222
Facsimile:  (510) 525-1208
Attorneys for Plaintiffs

Dated: September 1, 2006        Respectfully submitted,

SUE ELLEN WOOLRIDGE, Asst. Attorney General
United States Department of Justice
Environment and Natural Resources Division

Stipulated Request for Order Changing Time                        Civ. No. 5:04-cv-04736-JF

- 1 -

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

*/s/ Michael R. Eitel*
MICHAEL R. EITEL (SBN 22889 (NE))
Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0339
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED,

JEREMY FOGEL

Dated: 9/5/06

United States District Judge